**CASE NO. 7:19-CR1502-S2-02**

UNITED STATES OF AMERICA
V.
FRANCES SALINAS DE LEON



### REQUEST FOR MARSDEN HEARING

16 June 2020

United States District Judge, The Honorable Judge Randy Crane
United States Courthouse
1701 W. Business Highway 83, 10th Floor
McAllen,Texas  78501
(956) 618-8065
delia_s_rodriguez@txs.uscourts.gov

Re:

| | |
|---|---|
| Defendant: | Frances Salinas De Leon |
| Case NO.: | 7:19-CR1502-S2-02 |
| Court-appointed Attorney: | Fabian Guerrero, Immigration Attorney |
| | 3900 W. Expressway 83 |
| | McAllen, Texas 78501 |
| | (956) 627-4878 |

This is Formal Notice of my Request for a Marsden Hearing, i.e. the invocation of my 6th Amendment Right to Adequate Counsel, which states: **U.S. Constitution not only guarantees criminal defendants the right to an attorney, but the right to "adequate representation."** This true whether the defendant is indigent and a court-appointed lawyer, or defendant hired their own counsel (Strickland v. Washington, 466 U.S. 668 – 1984).

I am being served with ineffective counsel who has failed to meet with me to discuss my well organized defense (we have met only twice since my arrest in December 2019), he has not challenged the prosecutions physical evidence or investigated the prosecutions witnesses. I have text messages and emails to prove my statements and am hereby respectfully requesting new and adequate counsel.

I know that you are a fair and just Judge, therefore I pray my request is granted.

Respectfully Submitted,
Frances Salinas De Leon

cc:
julie_kittleman@txs.uscourts.gov
velma_t_barrera@txs.uscourts.gov
zayaslawfirm@gmail.com

McMann v. Richardson, the Supreme Court recognized that a trial judge has an affirmative obligation not to leave the defendant "to the mercies of the incompetent counsel."116 Protecting the right to counsel requires a trial judge to inquire into the possible threat to a defendant's right to effective assistance of counsel. (HOFSTRA LAW REVIEW PG 116 [Vol. 46:139]