United States District Court
Southern District of Texas
**ENTERED**
September 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:19-CR-1502-2, 3 & 4 |
| | § | |
| FRANCES SALINAS DE LEON, | § | |
| JOSE ADOLFO SALINAS and | § | |
| RAMIRO ALANIZ | § | |

## ORDER RESETTING SENTENCING

At the request of the parties to allow them additional time to resolve the objections to the Pre-Sentence Report, IT IS HEREBY ORDERED that this matter (previously set for September 28, 2021) is hereby reset for sentencing on December 2, 2021, at 10:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED September 27, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge